UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RAMA M. SEATS,

    Plaintiff,

v.

KASKASKIA COLLEGE COMMUNITY
COLLEGE DISTRICT #501 and THOMAS
L. ATCHISON,

    Defendants.

Case No. 07-cv-843-JPG

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kaskaskia College Community College District #501 and against plaintiff Rama M. Seats on Count I;

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant Thomas L. Atchison and against plaintiff Rama M. Seats on Count II;

IT IS FURTHER ORDERED AND ADJUDGED that all remaining claims in this case are dismissed without prejudice for lack of jurisdiction.

**NORBERT JAWORSKI**

**DATED: December 15, 2008**      s/Donna Stull
    **Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**